UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-3752-DMG (AJWx)** | Date | July 5, 2017 |

| | |
|---|---|
| Title | *Emely Joesef Taylor v. Wells Fargo Bank, National Association* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On June 26, 2017, the Court ordered Plaintiff to show cause in writing, no later than July 3, 2017, why sanctions should not be imposed for failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report. [Doc. # 12.] To date, Plaintiff has not filed a response and did not provide input for the Joint Rule 26(f) Report.

**Accordingly, the Court gives Plaintiff notice that, effective on July 12, 2017, this action will be dismissed for failure to comply with Court orders and for lack of prosecution if Plaintiff fails to file any satisfactory response prior to that date or a proper Joint Rule 26(f) Report.**

IT IS SO ORDERED.